UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-988 (PAM/JGL)

CENTRAL STATE, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND, et al.,

Plaintifs,

v.

**PRETRIAL ORDER**

BURTON B. RUDOLPH,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2000;

3. Plaintiffs shall disclose all expert witnesses and reports by April 1, 2001; Defendant shall disclose all expert witnesses and reports by May 1, 2001;

4. The period during which the parties may seek discovery shall be completed by June 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to August 1, 2001; and

7. This case will be considered "ready for trial" as of October 1, 2001.

DATED: September 22, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED 9-22-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK