UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>BURTON B. RUDOLPH,<br><br>Defendant. | ) | CIVIL FILE NO.: 00-988 PAM/JGL |

**STIPULATED DISMISSAL ORDER**

WHEREAS, the Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall and the Defendant Burton B. Rudolph have settled this case.

NOW, THEREFORE, it is hereby ordered, adjudged and decreed that this case shall be dismissed with prejudice with each party responsible for its own attorneys' fees and costs.

4/17/01
Date

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

X 4/25/01
Date

X
Burton B. Rudolph

4/30/01
Date

United States District Judge

FILED APR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

F:76958 / 99412435 / 4/12/01